**FILED**

OCT 5 2015

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Talibah Thura
23 Sequoyah View Dr.
Oakland, CA 94605

Pro Per

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In re

Talibah Thura                )

                             )

                             )                Case No. 15-42858 CN-13

                             )                Chapter 13

                Debtors

---

# DEBTOR'S MOTION TO VACATE DISMISSAL ORDER

I, Talibah Thura, debtor, respectfully request that the Order to Dismiss filed on September 30, 2015 be vacated. Debtor had exigent circumstances that prevented debtor from filing the requested documents on time.

Debtor filed a Motion to Extend Time on October 2, 2015 in accordance with 11 U.S.C. §521(i) (3) for additional time to file the documents that was requested by the Trustees Office.

Debtor has filed the documents requested in document 6 with the Court.

Talibah Thura
15-42858

## CREDITORS LIST

SELECT PORTFOLIO SERVICING
P.O. 65250
SALT LAKE CITY, UT 84165
Acc.#...............7775

NDS
7720 N. 16TH STREET SUITE 300
PHOENIX, AZ 85020
Acc.#.....................674CA

Debtor hereby respectfully request the Court to Vacate the Order of Dismissal that was entered on September 30, 2015.

10-5-15

**Dated**

_Talibah Thura_

**Debtor**